THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN T. HANEY, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.